**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GAIL L. ANTLE,**

          **Plaintiff,**

**-vs-**                                        **Case No. 6:10-cv-1642-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for social security benefits (Doc. No. 1) filed November 5, 2010. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the case remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 8, 2011 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.

3. The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge