### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GAIL L. ANTLE,

           **Plaintiff,**

-vs-                            **Case No.  6:10-cv-1642-Orl-28KRS**

COMMISSIONER OF SOCIAL
SECURITY,

           **Defendant.**

---

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) filed February 16, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Response filed by Defendant to the Report and Recommendation (Doc. 26), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed February 21, 2012 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) is **GRANTED**.

3.    The Commissioner of Social Security ("Commissioner") shall pay to Plaintiff Gail L. Antle $4,306.23 in attorney's fees and $350.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ 4 ____ day of April, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record