UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GAIL L. ANTLE,

          Plaintiff,

-vs-                                      Case No. 6:10-cv-1642-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 33) filed February 23, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 26, 2013 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 33) is **GRANTED**.

3. Richard A. Culbertson is allowed to charge Plaintiff Gail L. Antle a reasonable fee for federal court representation in the amount of $9,410.48, from which $4,306.23 in EAJA fees previously paid must be deducted, resulting in a balance payable and due of $5,104.25, to be paid out of Plaintiff's past-due benefits award.

DONE and ORDERED in Chambers, Orlando, Florida this 3rd day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record